Marshall Meyers (020584)
WEISBERG & MEYERS, LLC
5025 North Central Ave., #602
Phoenix, AZ 85012
602 445 9819
866 565 1327 facsimile
mmeyers@AttorneysForConsumers.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adam Taylor, | ) Case No. 2:11-cv-01811-PGR |
| | ) |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| | ) |
| vs. | ) |
| | ) |
| National Credit Audit Corporation, | ) |
| | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Dated this 13th day of February, 2012.

By: s/Marshall Meyers
Marshall Meyers (020584)
**WEISBERG & MEYERS, LLC**

Notice of Settlement

1  Filed electronically on this 13th day of February, 2012, with:

2  United States District Court CM/ECF system

3

4  Notification sent electronically via the Court's ECF system on this 13th day of February, 2012 to:

5

6  Susan Germaise
   MCGUIRE WOODS , LLP
7  1800 Century Park East
   8th Floor
8  Los Angeles CA 90067

9

10 By: s/Dana Patch
11      Dana Patch

Notice of Settlement