IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Adam Taylor,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>National Credit Audit Corporation,<br><br>　　　　Defendant. | No. CV-11-1811-PHX-PGR<br><br><br>ORDER |

　　　The plaintiff having filed a Notice of Settlement on February 13, 2012,

　　　IT IS ORDERED that the Scheduling Conference set for February 13, 2012 is vacated and is reset to **Monday, April 16, 2012, at 11:30 a.m.** in Courtroom 601, to be automatically vacated if a stipulation of dismissal is filed prior to that date and time.

　　　DATED this 13th day of February, 2012.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Paul G. Rosenblatt
　　　　　　　　　　　　　　　United States District Judge