IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Adam Taylor,

          Plaintiff,

   vs.

National Credit Audit Corporation,

          Defendant.

No. CV-11-1811-PHX-PGR

ORDER

The parties having filed a Stipulation to Dismiss Pursuant to Settlement (Doc. 14) which is sufficient to automatically effectuate the dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) without the necessity of a court order, Eitel v. McCool, 782 F.2d 1470, 1472-73 and n.4 (9th Cir.1986),

IT IS ORDERED that the Clerk of the Court shall terminate this action.

DATED this 26th day of March, 2012.

Paul G. Rosenblatt
United States District Judge